IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40931
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE RAUL GARCIA-MENDOZA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-177-ALL
- - - - - - - - - -
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Jose Raul
Garcia-Mendoza has requested leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Garcia-Mendoza has not responded to the motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issue for appeal.  Counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the appeal is DISMISSED.  See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

MOTION GRANTED; APPEAL DISMISSED.